**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **FIRST AMERICAN PROPERTY & CASUALTY INSURANCE COMPANY** <br> 4 First American Way <br> Santa Ana, California 92707 <br><br>    **Plaintiff** <br><br> v. <br><br> **DEAN CURTIS** <br> 13200 Bristlecone Way, Unit 24 <br> Germantown, Maryland 20874 <br><br>    and <br><br> **HARBOR GROUP MANAGEMENT COMPANY LLC** <br> 999 Waterside Drive <br> Norfolk, Virginia 23510 <br><br> Serve: The Corporation Trust, Inc. <br>        2405 York Road, Suite 201 <br>        Lutherville-Timonium, MD 21093 <br><br>    **Defendants** | Case No. _____ |

**COMPLAINT**

The Plaintiff, First American Property & Casualty Insurance Company ("First American"), by and through its attorneys, Brent M. Ahalt, Aaron D. Neal, and McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A., sues the defendants, Dean Curtis ("Curtis") and Harbor Group Management Company ("Harbor Group") and says:

**Nature of the Action**

1. This is an insurance coverage action seeking declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202. First American seeks a determination that is has no duty to defend or

indemnify Curtis under a renter's insurance policy underwritten by First American for claims asserted by Ana Brandao and Sara Brandao Martins (collectively, the "Claimants") against Curtis.

## The Parties

2. First American is incorporated under the laws of the State of California and its principal place of business is in California. First American is an insurance company that is authorized to do business in Maryland.

3. Curtis is a resident of the State of Maryland.

4. Harbor Group is organized under and has its principal place of business in the Commonwealth of Virginia.

## Jurisdiction and Venue

5. This Court has subject matter jurisdiction over this action for declaratory relief pursuant to 28 U.S.C. §§ 2201 and 2202 and Rule 57 of the Federal Rules of Civil Procedure.

6. An actual justiciable controversy that is definite, substantial and concrete, between First American and Curtis exists within the meaning of 28 U.S.C. § 2201 regarding whether First American has a duty to defend and or indemnify Curtis for the claims made by the Claimants.

7. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs and this suit is between citizens of different states.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 in that the events giving rise to this claim occurred in this judicial district. Moreover, the insured's residence is in this judicial district.

**Facts**

9. On or about June 25, 2017, a policy of insurance (the "Policy") was issued to Dean Curtis with respect to the real property known as 963 Clopper Road, Unit T3, Gaithersburg, Maryland 20878 (the "Premises"). The Premises is located within an apartment complex known as "The Gateway".

10. A true and accurate copy of the Policy is attached hereto as Exhibit 1.

11. Section II of the Policy provides liability coverage in the event claims are brought against an insured for damages arising from accidental bodily injury caused to a third party.

12. The Policy incorporates two documents setting forth exclusions to coverage under Section II, an "Additional Coverage Exclusions & Restrictions" endorsement and the "Maryland Notice of Dog Breed Exclusion" form. Each of those documents exclude coverage for:

> 7. "Bodily injury" or "property damage" caused by or otherwise arising out of the following breeds or breed mix of dogs, regardless of the relationship of any insured to the animal or any person or organization responsible for the animal:
>
> …
>
> l. *Any dog with a prior history of biting or attacking persons*, property, or other animals as established through insurance claims records, or through the records of local public safety, law enforcement or other similar regulatory agency…

13. Upon information and belief, Curtis was the owner of a German Shepherd mix named "Koda" (the "Dog"). The Claimants allege that the Dog bit them in the common areas of The Gateway on or about October 27, 2017 (the "Incident").

14. First American received a settlement demand from the Claimants, seeking $250,000.00 each for injuries allegedly sustained during the Incident.

15. Additionally, Harbor Group has demanded that First American indemnify Harbor Group with respect to the claim by the Claimants, in accordance with a lease agreement between Curtis and Harbor Group.

16. In response to the demands from the Claimants and Harbor Group, First American conducted an investigation. As a result of the investigation, First American discovered two prior reports of the Dog biting people.

17. On June 28, 2017 an investigation was opened by the City of Gaithersburg – Animal Control division, with respect to the Dog having bitten Linda Asamani on the hand and arm in the common areas of The Gateway. The investigation was assigned Case No. CAC-9893-2017 by the City of Gaithersburg. The report from the investigation indicates that the Dog had been previously quarantined due to issues at a prior residence. As a result of the investigation, Curtis was directed to quarantine the Dog until July 8, 2017. A true and accurate copy of the City of Gaithersburg's report is attached as Exhibit 2.

18. On July 25, 2017 another investigation was opened by the City of Gaithersburg – Animal Control division, this time with respect to the Dog having bitten a seven (7) year old boy named Xavier Bennett on his left side in the common areas of The Gateway. The investigation was assigned Case No. CAC-10052-2017 by the City of Gaithersburg. The report from the investigation indicates that the investigator notified the management of The Gateway that the Dog was being deemed potentially dangerous. As a result of the investigation, Curtis was directed to quarantine the Dog until August 5, 2017. A true and accurate copy of the City of Gaithersburg's report is attached as Exhibit 3.

19. On October 30, 2017 an investigation was opened by the City of Gaithersburg – Animal Control division, with respect to the Claimants' allegation that the Dog bit them in the

common areas of The Gateway.  The investigation was assigned Case No. CAC-10610-2017 by the City of Gaithersburg.  As a result of the investigation the Dog was quarantined until November 7, 2017, then euthanized.  A true and accurate copy of the City of Gaithersburg's report is attached as Exhibit 4.

20. On or about October 26, 2018, First American denied coverage for the Incident via written letter to Curtis.  A true and accurate copy of the denial letter is attached hereto as Exhibit 5.

### Count I
(Declaratory Judgment)

21. First American incorporates by reference herein all of the other paragraphs of this pleading.

22. There is a genuine and bona fide dispute and an actual controversy and disagreement between First American, Curtis and Harbor Group regarding whether First American has a duty to defend and or indemnify Curtis and Harbor Group for and against the claims asserted by the Claimants.

23. Pursuant to the Uniform Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, First American requests that this Court declare the rights and legal relations of First American, Curtis and Harbor Group as they pertain to the claims asserted by the Claimants.

24. Actual controversies of justiciable issues exist between the parties to this case within the jurisdiction of this Court involving the rights and liabilities of the parties.

25. Antagonistic claims are present between the parties and these claims indicate imminent and inevitable litigation. A declaratory judgment by this Court will terminate this controversy.

WHEREFORE, First American respectfully requests this Honorable Court to:

A.  Enter a declaratory judgment, pursuant to 28 U.S.C. §§2201 and 2202, declaring and decreeing that First American has no duty to defend or indemnify Curtis or Harbor Group in connection with the claims made by the Claimants; and,

B.  Grant First American such other and further relief that is deemed just and proper.

Respectfully submitted,

MCNAMEE, HOSEA, JERNIGAN,
KIM, GREENAN & LYNCH, P.A.

    /s/
Brent M. Ahalt (Bar No. 13741)
bahalt@mhlawyers.com

    /s/
Aaron D. Neal (Bar No. 28566)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
Tel.   301-441-2420
Fax   301-982-9450
aneal@mhlawyers.com

*Attorneys for First American*